No. 74–551. LEE ET AL. *v.* ARROWOOD, CO-EXECU-TOR, ET AL., 419 U. S. 1116. Petition for rehearing

denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.*